No. 86–6824.   KLEIN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6833.   ROHRBACH *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 86–6837.   WATKINS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6838.   RAWWAD *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 86–1519.   AKZO N. V. ET AL. *v.* UNITED STATES INTERNATIONAL TRADE COMMISSION ET AL.   C. A. Fed. Cir.   Motion of Kingdom of the Netherlands for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 86–6638.   HARRIS *v.* INDIANA.   Sup. Ct. Ind.;

No. 86–6677.   GASKINS *v.* SOUTH CAROLINA.   Ct. Common Pleas of Richland County, S. C.;

No. 86–6700.   ADKINS *v.* TENNESSEE.   Sup. Ct. Tenn.; and

No. 86–6750.   COLEMAN *v.* BROWN, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.   Reported below: No. 86–6638, 499 N. E. 2d 723; No. 86–6700, 725 S. W. 2d 660; No. 86–6750, 802 F. 2d 1227.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6706.   HEISLUP ET AL. *v.* TOWN OF COLONIAL BEACH, VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.